484 S.W.2d 475, 478[1] (Mo.1972); *State v. Jones,* 629 S.W.2d 589, 591[1] (Mo.App. 1981); *State v. Simmons,* 559 S.W.2d 557, 560[7] (Mo.App.1977).

The flaw in defendant's position is that the excerpts from p. 12 of the transcript of the preliminary hearing refer to Engelbrecht's testimony concerning what he found in Hickman's pockets or on the ground near Hickman when Hickman was arrested. The witness was not referring to the items, including the key, found on defendant's person. As the state's excellent brief points out, "[t]he incontrovertible fact that defendant chooses to ignore is that these two statements refer to two different people."

Defendant made no showing to the trial court (or to this court) that Engelbrecht's testimony at the preliminary hearing was in fact inconsistent with his testimony at the trial. Defendant's point has no merit.

The judgment is affirmed.

GREENE, C.J., and MAUS and PREWITT, JJ., concur.

No appearance for respondent.

PREWITT, Judge.

The trial court dissolved the marriage of the parties and awarded respondent maintenance of $300 per month, commencing January 1, 1982, and continuing for six years. Appellant contends that awarding maintenance was erroneous because respondent had sufficient property to provide for her needs and was able to support herself through appropriate employment.

We have examined the record of the case and find that the trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. An opinion would have no precedential value and we affirm in compliance with Rule 84.16(b).

The judgment is affirmed.

GREENE, C.J., and FLANIGAN and MAUS, JJ., concur.

**In re MARRIAGE OF Ellick Ellsworth BURTON and Betty Dean Burton.**

**Ellick Ellsworth Burton, Petitioner-Appellant,**

**and**

**Betty Dean Burton, Respondent.**

**No. 12692.**

Missouri Court of Appeals, Southern District, Division Three.

Dec. 13, 1982.

Yewell G. Lawrence, Jr., Dexter, for petitioner-appellant.

**Stephen Anthony OATSVALL, Movant-Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. 12666.**

Missouri Court of Appeals, Southern District, Division Three.

Dec. 13, 1982.

